DENNIS B. HILL, SBN 218131
D.B. HILL, A PROFESSIONAL LAW CORPORATION
640 Fifth Street, Suite 200
Lincoln, California 95648
Phone: (916) 434-2553
Fax: (916) 434-2560
Dennis@DbhillLaw.com

Attorneys for Plaintiff ERIC J. SAVELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ERIC J. SAVELL,

        Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION,

        Defendant.

_____ /

Case No: 2:24-cv-01981-JAM-CSK

**STIPULATION AND ORDER DISMISSING COSTCO WHOLESALE CORPORATION WITHOUT PREJUDICE AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT TO ADD A PARTY**

      Plaintiff ERIC J. SAVELL, by and through his counsel of record, Dennis B. Hill with

D.B. Hill, A Professional Law Corporation, and defendant COSTCO WHOLESALE

CORPORATION, by and through its counsel of record, Brian P. Dolin with Jacobsen &

McElroy P.C., and DOREL HOME FURNISHINGS, INC., by and through its counsel of record,

Rachel A. Remke with Arentfox Schiff L.L.P., hereby stipulate as follows:

1. On February 13, 2024, plaintiff ERIC J. SAVELL filed an action in the Superior Court of

California, County of Sacramento, alleging a cause of action against COSTCO WHOLESALE CORPORATION for products liability.  On July 19, 2024, COSTCO WHOLESALE CORPORATION removed the state court action to this Court.

2.  Counsel for DOREL HOME FURNISHINGS, INC. has met and conferred with plaintiff's counsel and has represented that it distributed the product involved in this litigation and that COSTCO WHOLESALE CORPORATION has tendered its defense to DOREL HOME FURNISHINGS, INC..  After meeting and conferring, the various parties have agreed through their respective attorneys to dismiss COSTCO WHOLESALE CORPORATION without prejudice and add DOREL HOME FURNISHINGS, INC. as a defendant.

3.  Good cause exists to allow plaintiff to file a FIRST AMENDED COMPLAINT, which adds DOREL HOME FURNISHINGS, INC. as the sole defendant.

4.  That plaintiffs shall have 10 days to file the FIRST AMENDED COMPLAINT, and the statutory time period after it is filed to serve such on DOREL HOME FURNISHINGS, INC..

Dated this _08/30/2024_____

_/s/ Dennis B. Hill_____
Dennis B. Hill, Attorney for Plaintiff ERIC J. SAVELL

Dated this __08/30/2024_____

__/s/ Brian P. Dolin_____
Brian P. Dolin, Attorney for Defendant COSTCO WHOLESALE CORPORATION

**STIPULATION AND ORDER DISMISSING COSTCO WHOLESALE CORPORATION WITHOUT PREJUDICE AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT TO ADD A PARTY**
- 2 -

Dated this ___08/30/2024_____


___/s/ Rachel A. Remke _____
Rachel A. Remke, Attorney for DOREL HOME
FURNISHINGS, INC.

Pursuant to the stipulation herein, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. COSTCO WHOLESALE CORPORATION is hereby **DISMISSED without prejudice**.

2. Plaintiff is hereby **GRANTED** leave to file a First Amended Complaint, which must be filed within ten (10) days of entry of this order.

Dated: September 16, 2024

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER DISMISSING COSTCO WHOLESALE CORPORATION WITHOUT PREJUDICE AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT TO ADD A PARTY**