

# United States District Court
# Eastern District of California

| ERIC J. SAVELL, |
|---|
| Plaintiff(s) |

Case Number: 2:24-CV-01981-JAM-CSK

V.

| DOREL HOME FURNISHINGS, INC., |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Rachel A. Remke hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
DOREL HOME FURNISHINGS, INC.

On 11/01/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/31/2025     Signature of Applicant: /s/ Rachel Remke

**Pro Hac Vice Attorney**

Applicant's Name: Rachel A. Remke
Law Firm Name: ArentFox Schiff LLP
Address: 233 South Wacker Drive, Suite 7100

City: Chicago   State: IL   Zip: 60606
Phone Number w/Area Code: 312-258-5500
City and State of Residence:
Primary E-mail Address: rachel.remke@afslaw.com
Secondary E-mail Address: debra.moran@afslaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Catherine J. Baumgartner
Law Firm Name: ArentFox Schiff LLP
Address: 44 Montgomery Street, 38th Floor

City: San Francisco   State: CA   Zip: 94104
Phone Number w/Area Code: (415) 757-5500   Bar #: 311053

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 17, 2025      /s/ John A. Mendez
                           JUDGE, U.S. DISTRICT COURT