UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. SAVELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOREL HOME FURNISHINGS, INC.,<br><br>　　　　　Defendant. | Case No.  2:24-cv-01981-JAM-CSK<br><br>**ORDER CONTINUING TRIAL AND RELATED DATES** |

　　　　Having read and considered the parties' stipulation (ECF No. 30), and good cause appearing therefore, the Court modifies the deadlines from its Pretrial Scheduling Oder (ECF No. 24), as follows:

　　　　A.　　Dispositive Motion Filing Deadline: June 5, 2026

　　　　B.　　Dispositive Motion Hearing Date: August 4, 2026

　　　　C.　　Fact Discovery Deadline: April 3, 2026

　　　　D.　　Initial Expert Disclosure Date: February 20, 2026

　　　　E.　　Rebuttal Expert Disclosure Date: March 9, 2026

　　　　F.　　Final Pretrial Conference: October 9, 2026, at 10 am

///

G.  Jury Trial: December 7, 2026, at 9 am

**IT IS SO ORDERED**.

Dated: December 08, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE