DENNIS B. HILL, SBN 218131
D.B. HILL, A PROFESSIONAL LAW CORPORATION
605 Lincoln Blvd., Suite 200
Lincoln, California 95648
Phone: (916) 434-2553
Fax: (916) 434-2560
Dennis@DbhillLaw.com

Attorneys for Plaintiff ERIC J. SAVELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC J. SAVELL,<br><br>Plaintiff(s),<br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant(s).<br>_______________________________/ | Case No: 2:24-CV-01981-JAM-CSK<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

**STIPULATION**

Plaintiff ERIC J. SAVELL and Defendant DOREL HOME FURNISHINGS, INC., by and through their undersigned attorneys, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action is hereby voluntarily dismissed with prejudice with each party to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated September 22, 2026

*/s/ Dennis B. Hill*
Dennis B. Hill, Attorney for Plaintiff ERIC J. SAVELL

Dated September 22, 2026

*/s/ Rachel Remke (authorized via email)*
Rachel A. Remke, Attorney for DOREL HOME FURNISHINGS, INC.

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED WITH PREJUDICE**. Each party is to bear their own fees and costs, including all attorneys' fees.

IT IS SO ORDERED.

Dated: September 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE